Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE FROHMAN AMUSEMENT CORPORATION, Respondent, v. ALBERT BLINKHORN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY PARK PLACE COMPANY, Appellant, v. LAWSON PURDY and Others, as Commissioner of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

JAMES FAY, Appellant, v. THE HERALD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

FRANK MUSLUSKY, Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

SOPHY POGRENICZNY, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to defendant to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

SYLVANUS D. LOCKE, Individually and as Administrator, etc., and Another, Appellants, v. MARTIN McVOY, JR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

SYLVANUS D. LOCKE, Individually and as Administrator, etc., and Another, Appellants, v. MARTIN McVOY, JR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

MAE A. SULLIVAN, Respondent, v. ARTHUR I. HOE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J , Laughlin, Scott, Dowling and Page, JJ.

RACHEL MORETZKY, Respondent, v. HERMAN MORETZKY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

In the Matter of the Application for the Appointment of a General Guardian of the Person and Property of CARROLL M. SNYDER and ELIZABETH G. SNYDER, Infants under the Age of Fourteen Years. MARGARET SNYDER CHURCH, Appellant; ELLA MANDERSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

GEORGE O. LORD, Respondent, v. THE UNITED STATES TRANSPORTATION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.